IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VICKY YARGER, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | 8:24CV438 <br><br> MEMORANDUM AND ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS |

The plaintiff, a non-prisoner, has filed an application to proceed in forma pauperis (Filing No. 2). The plaintiff's application demonstrates that the plaintiff is eligible to proceed in forma pauperis. Accordingly,

**IT IS ORDERED:**

1. Plaintiff's application to proceed in forma pauperis (Filing No. 2) is granted, and the complaint shall be filed without payment of fees.

2. This order is entered without prejudice to the court later entering an order taxing costs in this case. No one, including any plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

Dated this 14th day of November, 2024.

BY THE COURT:

*Susan M Bazis*

Susan M. Bazis
United States District Judge