IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VICKY YARGER,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN, Acting Commissioner of the Social Security Administration;<br><br>Defendant. | 8:24CV438<br><br><br>**ORDER** |

**IT IS ORDERED** that per the government's Filing No. 11, Michelle A. King, Acting Commissioner of the Social Security Administration, is hereby substituted as the defendant pursuant to Fed. R. Civ. P. 25(d) . The Clerk of Court shall modify the docket to reflect this substitution.

Dated this 27th day of January, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge