IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VICKY YARGER,<br><br>Plaintiff,<br><br>vs.<br><br>MICHELLE A. KING, Acting Commissioner of the Social Security Administration;<br><br>Defendant. | 8:24CV438<br><br>ORDER |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 11) is granted, and Lynnett M. Wagner is deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Lynnett M. Wagner in this case.

Dated this 28th day of January, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge